United States District Court
for the District of Puerto Rico

Ernesto Ruiz Romero
v.
Secretary of Justice of P.R.

Case No: 24-cv-1067 RAM

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 FEB 13 PM 1:59

RECEIPT # 110363
AMOUNT: $5.00
FEB 13 2024
CASHIER'S SIGNATURE

## Habeas Corpus

Here comes to the Honorable court, Ernesto Ruiz Romero, who, respectfully states and prays:

1. Plaintiff Address: Lago Horizonte Zafiro 2025
   Coto Laurel P.R. 00780

2. Defendant Address: Calle Teniente César González 677
   Esq. Ave. Jesus T. Piñero
   San Juan, P.R.

3. Jurisdictional Statement:

   A. Court have jurisdiction to hear habeas corpus when plaintiff here but defendant in state court enters in a plea bargaining while mentally sick produced by confinement and previous pre existent mental disabilities.

   B. State court did not hear federal defenses on double jeopardy, lack of a felony in the Accusation form, therefore ineffective assistance of counsel.

   C. State court did not allow pro se litigation in any of their tribunals. See Rule 9.4 of civil procedure. Therefore Administrative exhaustion federalism doctrine would be futile.

   D. Government of Puerto Rico request denial of entrance to the Ponce Judicial Center that is the motive of Prosecutor and the Judgment court. This is the main motive to file criminal proceedings.

4. if you said in federal and courts that you have a mental disease or mental disease produced by confinement, the Judge will stop the proceeding and will close your doors in civil commitment, can take years, and you will not see the Judge any more.

5. The court did not hear our federal defenses, kidnapping me without a rapport in the arraignment process, do not allow me to talk to our bailiff, dismiss lawyers without an intervention, the process the court take affect our emotional stability and prison management of our case affect too our emotional stability.

6. The motive of prosecutor was to deny entrance to Ponce Judicial Center. I complaint in Ponce court that a marshall the witness hit me in my face for no reason at all in the parking of the Judicial Center. The civil Judge did not want to see the case.

In another day I was in a courtroom viewing a car ticket parking, the Judge want to see the case without the police officer and I told him that the Burden Bears in the police officer and how I will confront the proof with the 4th Amendment, 5th or 6th.

The Judge close the case and deny our rights. The Judge said He will Hold me in contempt, the Judge took a adjourn but I don't leave for reconsideration. The marshall Pedro come from other room and throws us in the air, I believe I was to the floor so I defend our self.

7. The prosecutor file Article 284 a felony but He and the Judge of arraignment did not know how to interpret that article. This Article can be interpreted only with the Maxium Assaults. But Because I becoming disabled I cannot defend ourself.

8. The marshall waitness said I want that this citizen cannot enter the Judicial Center of Ponce. It is the motive to file the criminal charge.

9. I still denied access to the court of Ponce Judicial center for the Reprisal that take the marshall when I made a complaint against him. This is contrary to the policy of federal gov.

10. That is the democracy in the court of Ponce, when I complaint in civil court no one want to see our complaint but when the marshall file criminal charges everybody want to see the case.

Request:

1. I want the Federal Judge to absolve me from this criminal penalties that I'm suffering.

2. To Acquit me from probation or criminal responsibility.

Respectfully submitted, February 12, 2024

Ernesto Ruiz Romero
Lago Horizonte Zafiro 2005
Coto Laurel P.R. 00780

3. I want the Federal Judge to restore me the right to enter to Ponce Judicial center.

4. Copy of the Judgment should be forwarded to: case ISCR202300652 El Pueblo v. Ernesto Ruiz Romero. en Mayaguez P.R.
61 Av. Hiram David Cabassa
Mayaguez P.R. 00680

Postal Address: PO BOX 1210
Mayaguez, PR 00681-1210

Double Jeopardy →

11. Double Jeopardy grounds:

A. I did not know the name of the marshall until he appears as a witness but in a previous case he was part of witness by a prosecutor in a unrelated case.

B. His testimony is double Jeopardy in the present case, because in the first case I was Acquitted.

C. Therefore his testimony cannot stand in any court Room. So our defense was ineffective because I'm paying a more harsh penalty.

Ernesto Ruiz Ramos

Feb 13, 2024

D. in our probation if I enter Ponce Judicial Center I will be prosecuted.